# M A N D A T E

**THE STATE OF TEXAS**

**TO THE COUNTY COURT AT LAW NO. 12 OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on March 4, 2015, the cause upon appeal to revise or reverse your judgment between

The State of Texas, Appellant(s)

V.

John D. Deloach, Appellee(s)

No. 04-14-00324-CR     and     Tr. Ct. No. 130556

was determined, and therein our Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, we WITHDRAW our opinion and judgment dated November 19, 2014, we REVERSE the county court at law's judgment, and we RENDER judgment reinstating the municipal court's judgment.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

Witness the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on July 10, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853